efforts by backing her engine, she barely grazed the Gibbes and dashed the starboard bow of the Webster against the stem of the schooner. As the Webster was on the port side of the Gorgas, and the Gorgas herself was not struck by the schooner, she must have carried herself and the Webster in between the Gibbes and the schooner. There is no evidence of any sheering on the part of the schooner. It was very reckless navigation to go down, in such a tide, at such speed, so close to the pier, with the view into the cut and basin obstructed. Prudence, and a due regard to her own safety and that of vessels coming out of the basin, required the Gorgas, with the tide and her speed such as they were, to go out further into the East river and head into the cut from a point where she could have some view into the cut, and could be certain that the sound of her whistles would not be intercepted by the warehouses. As Hurlbert has not sued the Gorgas, and as the Gibbes and the schooner were not in fault, his libel must be dismissed, with costs. St. John has not sued the Gorgas, even if he could have recovered against her, inasmuch as the evidence shows that he was part owner of her and was on board of her at the time. His libel must be dismissed, with costs. There must be a decree in favor of Zadro, with costs, with a reference to compute the damages sustained by him.

### Case No. 7,249.
### The JEANNIE CUSHMAN.

### Case No. 7,250.
### The JEANNIE CUSHMAN.
[3 Ware, 309.] [1]
District Court, D. Maine. Jan., 1865.

Rowe, for libellant.

A. A. Strout, C. P. Stetson, for respondent.

WARE, District Judge. The Wm. Nickels, a hermaphrodite brig of about 120 tons burthen, Ames, master, arrived at Bangor, in the Penobscot river, from Baltimore, Sept.

[1] [Reported by George F. Emery, Esq.]

8th, 1865, laden with white oak timber. The timber was consigned to Mr. Tewksbury, who had a ship-yard opposite to Bangor on the Brewer side of the river. She came to anchor, as alleged in the libel, on the Brewer or eastern side of the stream, about opposite to Tewksbury's ship-yard on the flats, where at low tide there was only five feet of water, as near as she could go to the ship-yard until she was lightened by a partial discharge of her cargo, she then drawing ten feet of water. She was subsequently removed by Atwood, the stevedore employed to unload her, and anchored a little lower in the river, but still on the flats and not in the bed of the river. The unloading commenced on Friday the 8th, and was continued till Saturday evening. At this time, the Jeannie Cushman, from Boston, with a cargo of coal, arrived within three miles of Bangor, where she took a steam-tug to carry her into the harbor. The tug took her in tow and, in coming into the harbor, she came in collision with the Wm. Nickels, and the damage was done that is complained of in this libel.

The first question that arises in this case is, whether the Wm. Nickels was anchored and lay on lawful ground. The harbor regulations of Bangor, established by the city government, and authorized by the legislature of the state, provide that, "no vessel, steamboat, or raft shall be allowed to anchor or lay in the channel of the river, between Bangor bridge and the north line of Hampden, in such a manner as to obstruct the free passage of vessels, boats, or rafts up and down the river or stream." "And if any vessel or raft shall anchor or lie contrary to any of these regulations, the harbor master shall forthwith give notice to the masters thereof, or the person having the care of the same to remove the same; and if the said notice is not complied with without delay, the harbor master shall make or cause the said removal at the expense of the said vessel, boat, or raft."

On the question of the position where the Nickels anchored and lay, there is some variance in the testimony. It has been specially labored on both sides. On the eastern or Brewer side, the land from the shore, at high water, runs off shelving to the bed or channel of the river to a considerable distance. Part of the way the land is bare at low water, and part of it is covered, so that the bed of the river is close to the Bangor side, and the middle of the river is different at different times of the tide. Where the flats terminate they suddenly drop about four feet to the bed of the stream, which is rocky. On these flats and out of the bed of the river, she was placed by Atwood, and remained there, according to the libellants, until the collision, so that she was aground for a considerable time during low tide. Parker, the harbor master, and well acquainted with the river, saw her